# EXHIBIT B



Filed
8/16/2022 3:39 PM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Halley Lane, Clerk
41CV2201542

5757 Alpha Rd. Suite 430
Dallas, Texas 75240
T: (214) 494-1871     F: (888) 509-3910

# REQUEST FOR ISSUANCE OF CIVIL CITATION

Re:     LISA CHAMP v. PAYLEASE, LLC A/K/A ZEGO A GLOBAL PAYMENTS COMPANY

Case #:

Dear Clerk of Court:

Plaintiff undersigned counsel requests the Clerk of Court to file the original petition and to issue separate Civil Citation(s) for each Defendant for service by a **Private Process Server**.

The Citation(s) should be sent to us:

1. Via email to:        Service@jaffer.law

2. Via Fax to us at    1-888-509-3910, or

3. VIA MAIL to:        Jaffer & Associates, Pllc
                       5757 Alpha Rd. Suite 430
                       Dallas, Texas 75240

Sincerely,

*Allen Robertson*

Allen Robertson, Esq.
service@jaffer.law

1 | P a g e

Filed
8/16/2022 3:39 PM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Halley Lane, Clerk
41CV2201542

41CV2201542

| | |
|---|---|
| CAUSE # | |
| LISA CHAMP, | IN THE JUSTICE COURT |
| Plaintiff, | |
| v. | |
| PAYLEASE, LLC A/K/A ZEGO A GLOBAL PAYMENTS COMPANY, | PRECINCT 4 PLACE 1 |
| Defendant. | BELL COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Plaintiff LISA CHAMP, ("Plaintiff") and file this *Original Petition* against Defendant PAYLEASE, LLC A/K/A ZEGO A GLOBAL PAYMENTS COMPANY, "PayLease" or "Defendant"), and respectfully show the Court the following:

### PREMLIMINARY STATEMENT

1. This is an action for actual and statutory damages, costs, and attorney's fees pursuant to 15 USC §1681 *et seq.* the Fair Credit Reporting Act ("FCRA").

### DISCOVERY CONTROL PLAN LEVEL

2. Plaintiff reserves the right to petition this Court to engage in pretrial discovery pursuant to Rule 500.9 of the Texas Rules of Civil Procedure.

### PARTIES AND SERVICE

3. Plaintiff is an individual who resides in Bell County, Texas and is represented by the undersigned counsel.

4. At all times material hereto, Plaintiff was a "consumer" as said term is defined under 15 U.S.C. § 1681a(c).

Filed
8/16/2022 3:39 PM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Halley Lane, Clerk
41CV2201542

5.   Defendant is a "person," as defined by the FCRA, 15 U.S.C. § 1681a(b).

6.   Defendant is a limited liability company duly authorized and qualified to do business in the State of Texas and can be served with a copy of this *Petition* along with the *Citation* at 9350 Waxie Way STE 500 San Diego, CA 92123-1052.

7.   PayLease meets the definition of a "furnisher of information" within the meaning of the FCRA (15 U.S.C. § 1681s-2 et seq.), that regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer. As used herein, "consumer reporting agency," or "CRA," is any person who, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports (commonly referred to as "credit reports") to third parties. CRAs specifically include, but are not limited to, Equifax, Experian, and TransUnion.

## JURISDICTION AND VENUE

8.   This Court has personal jurisdiction over all the parties because both parties reside and/or engage in business in the State of Texas. Further, this Court has jurisdiction of this cause of action in that it involves an amount in controversy within the original jurisdiction of this Court.

9.   Plaintiffs seek monetary relief within this Court's jurisdictional limits.

10.  Venue in Bell County, Texas is proper in this cause pursuant to Section 15.002 of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in Bell County, Texas.

Filed
8/16/2022 3:39 PM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Halley Lane, Clerk
41CV2201542

## FACTUAL ALLEGATIONS

11.     Plaintiff incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

12.     Plaintiff leases a house ("Home") that she opted in for the payment history to be reported on her credit reports in order to build good credit by making timely payments. See a copy of the Communication disclosure form attached as **Exhibit A** and a copy of her opt in notice via Impact Communities attached as **Exhibit B**.

13.     On or around July 11, 2022, Defendant called Plaintiff into Defendant's leasing office to discuss the new rental policies. Instead, they wanted to discuss Plaintiff purchasing the Home. Plaintiff declined the offer and did not sign any documents pertaining to such matters, much to the chagrin of Defendant.

14.     This was not the first time Plaintiff was harassed and pressured into purchasing the Home she currently rents.

15.     On or about July 22, 2022, Plaintiff received a notification from Credit Karma informing her of a change to her credit report. Defendant PayLease had her deleted her account ("Account") in retaliation to Plaintiff's refusal to purchase the Home, including having her entire payment history removed, resulting in her credit score dropping. See a copy of the notification of PayLease removing her history attached as **Exhibit C**.

16.     Before deleting the Account, Plaintiff had been on time with her monthly payments for nearly 24 months. See copy of account on Credit Karma prior to the deletion of Account attached as **Exhibit D**.

17.     As a result of the Defendant's conduct, Plaintiff has suffered a decreased credit score as a

Filed
8/16/2022 3:39 PM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Halley Lane, Clerk
41CV2201542

result of the inaccurate information on Plaintiff's credit file and has suffered credit denial, mental anguish, and frustration.

## FIRST CAUSE OF ACTION
### (Willful Violation of the FCRA as to Defendant PayLease)

41. Plaintiff incorporates by reference all of the above paragraphs of this Petition as though fully state herein with the same force and effect as if the same were set forth at length herein.

42. This is an action for willful violation of the Fair Credit Reporting Act 15 U.S.C. § 1681 *et seq*.

43. Pursuant to 15 U.S.C. § 1681-2, a person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate, including incompleteness.

44. Under 1681e(b), reasonable procedures must be followed to assure maximum possible accuracy of the information being reported on the consumer reports.

45. An incomplete report that is not showing favorable accounts or payment history would not be not meet the maximum accuracy standard.

46. Pursuant to the Act, if furnisher of disputed information determines the information is incomplete or inaccurate, the furnisher must report the results.

47. By not furnishing the complete and accurate account PayLease failed to ensure maximum possible accuracy.

48. Defendant had no reason to believe the information reporting on the account was inaccurate or incomplete before deleting the Account.

49. Plaintiff did not dispute the accuracy or incompleteness of the Account.

50. The conduct, action, and inaction of Defendant PayLease was willful, rendering PayLease liable for actual, statutory and punitive damages in an amount to be determined by a jury

Filed
8/16/2022 3:39 PM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Halley Lane, Clerk
41CV2201542

pursuant to 15 U.S.C. § 1601(n).

Plaintiff is entitled to recover reasonable costs and attorney's fees from PayLease in an amount to be determined by the Court pursuant to 15 U.S.C. § 1601(n).

## SECOND CAUSE OF ACTION
### (Negligent Violation of the FCRA as to Defendant PayLease)

51. Plaintiff incorporates by reference all of the above paragraphs of this Petition as though fully stated herein with the same force and effect as if the same were set forth at length herein.

52. This is an action for willful violation of the Fair Credit Reporting Act 15 U.S.C. § 1681 *et seq*.

53. Pursuant to 15 U.S.C. § 1681-2, a person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate.

54. Under 1681e(b), reasonable procedures must be followed to assure maximum possible accuracy of the information being reported on the consumer reports.

55. An incomplete report that is not showing favorable accounts or payment history would not be not meet the maximum accuracy standard.

56. Pursuant to the Act, if furnisher of disputed information determines the information is incomplete or inaccurate, the furnisher must report the results.

57. By not furnishing the complete and accurate account PayLease failed to ensure maximum possible accuracy.

58. Defendant had no reason to believe the information reporting on the account was inaccurate or incomplete before deleting the Account.

59. Plaintiff did not dispute the accuracy or incompleteness of the Account.

60. The conduct, action and inaction of Furnisher was negligent, entitling the Plaintiff to

Filed
8/16/2022 3:39 PM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Halley Lane, Clerk
41CV2201542

recover actual damages under 15 U.S.C. § 1681o.

61. As a result of the conduct, action, and inaction of the PayLease, Plaintiff suffered damage for the loss of credit, loss of the ability to purchase and benefit from credit, and the mental and emotional pain, anguish, humiliation, and embarrassment of credit denials.

62. Plaintiff is entitled to recover reasonable costs and attorney's fees from PayLease in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681(n) and 1681o.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff demands judgment from Defendant as follows:

1. For actual damages provided and pursuant to 15 U.S.C. § 1681o(a) be awarded for each negligent violation as alleged herein;
2. For actual damages provided and pursuant to 15 U.S.C. § 1640(a)(1);
3. For Statutory damages provided and pursuant to 15 U.S.C. § 1681n(a);
4. For Statutory damages provided and pursuant to 15 U.S.C. § 1640(a)(2);
5. For Punitive damages provided and pursuant to 15 U.S.C. § 1681n(a)(2);
6. For attorney fees and costs provided and pursuant to 15 U.S.C. § 1681n(a)(3), 15 U.S.C. § 1681o(a)(2) and 15 U.S.C. § 1640(a)(3);
7. For any such other and further relief, as well as further costs, expenses, and disbursements of this action as this Court may deem just and proper.

Filed
8/16/2022 3:39 PM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Halley Lane, Clerk
41CV2201542

DATED:   August 11, 2022                                  Respectfully Submitted,





/s/ *Allen Robertson*

SHAWN JAFFER
SB 24107817
ALLEN ROBERTSON
SB 24076655
ROBERT LEACH
SB 24103582
PHILLIP POOL
SB 24086466
SHAKERIA NORTHCROSS
SB 24116836

JAFFER & ASSOCIATES, PLLC
5757 ALPHA RD SUITE 430
DALLAS, TX 75240
(T) **214.494.1871** (F) **888.509.3910**
(E)  ATEAM@JAFFER.LAW  ALLEN@JAFFER.LAW
ATTORNEYS FOR PLAINTIFF



Filed
8/16/2022 3:39 PM
Jeimy Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by Halley Lane, Clerk
41CV2201542

EXHIBIT A



# Addendum to the 21st Mortgage Credit Application
## Communications Disclosure Form

- Must be completed & submitted with ALL Credit Applications
- Effective: 12/1/2020

This credit application will be submitted to 21st Mortgage (the "Lender") for review. The Lender's designated representative (or a person under their supervision, as appropriate) may communicate its status or address other questions you may have about your application or the loan process. The retailer/realtor from whom you may purchase a home and its sales consultants may assist you with matters associated with the sales transaction – for example, the type of home to purchase, options, site improvements, sales features that may impact your financing options, etc.

During the sales process, if there are questions that may impact the financing of your purchase, your sales consultants may conference or connect you with the appropriate representative(s) of the Lender for your convenience.

Following the receipt of your credit application, a representative from the Lender (or a person under their supervision, as appropriate) may contact you to discuss your application. Should you have any questions about this application, please contact the Lender at **(800) 955-0021**. Below is a list of 21st Mortgage Loan Originators.

| NAME | Ext | NMLS # | TN LIC# | NAME | Ext | NMLS # | TN LIC # | NAME | Ext | NMLS # | TN LIC # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21st Mortgage Corp. | n/a | 2280 | 109340 | Dukes, Travis | 1165 | 2022589 | | McIntyre, Matt | 1125 | 1915226 | 203982 |
| Adams, Madeline | 1988 | 1915364 | 203850 | Duncan, Jessica | 1399 | 1561887 | | McMahan, Adam | 1047 | 16516 | 107490 |
| Aldmon, Thomas | 2145 | 1700118 | 150678 | Estes, Joshua | 2101 | 917916 | | Metcalf, Jessica | 1094 | 2013376 | |
| Badawi, Zachary | 1156 | 1764569 | | Evans, Sean | 1544 | 1795393 | | Morales, Yamila | 2138 | 202266 | 108024 |
| Baker, Drew | 1231 | 1684954 | | Fabian, Matt | 1827 | 202243 | 110128 | Mullis, Ken | 1235 | 1311852 | 125553 |
| Ball, Eileen | 1106 | 1200479 | 121271 | Fitzsimmons, Tracy | 1488 | 1915250 | | Quick, Chad | 1188 | 1561892 | 134374 |
| Beckett, Katherine | 1479 | 1930005 | | Goodman, Kevin | 1816 | 493671 | | Rudolph, Elizabeth | 2119 | 1865266 | 185467 |
| Beeks, Cody | 1126 | 1749405 | | Hagler, Elizabeth | 1295 | 1865270 | 185138 | Rutta, Robert, Jr. | 2128 | 1915241 | |
| Bell, Kenneth (Chris) | 1926 | 1237278 | | Hillard, Allyson | 1181 | 2013372 | | Ryan, Matthew | 1987 | 1915201 | |
| Bridges, Chad | 1134 | 1660954 | 148176 | Holliday, Jeremy | 2118 | 1915207 | 222359 | Sauer, Mallory | 1090 | 881807 | |
| Burgraff, Brandon | 1111 | 1958451 | 219777 | Johnson, Nicole (Nicki) | 1213 | 1152412 | 124960 | Shewcraft, Dustin | 1115 | 1522858 | 187507 |
| Carlisle, Zachery | 1129 | 1803853 | 185910 | Julian, Margaret | 1425 | 1784876 | | Sisk, Stephen (Dylan) | 1195 | 1915196 | |
| Carter, Kellie | 1246 | 1684953 | 147070 | Karb, Christopher | 1470 | 2047091 | | Slone, Jenny | 1546 | 850485 | 124900 |
| Carter, Wes | 1148 | 1367458 | 125366 | Keith, Jeanie | 1117 | 208077 | 181634 | Sullivan, Scott | 1121 | 1004036 | 115868 |
| Chilco, Amanda | 1484 | 2013377 | | Kittle, Chris | 1095 | 202249 | 110775 | Taylor, Chris | 1130 | 1305372 | |
| Clark, Rob | 2100 | 202264 | | Kloss, Grant | 1309 | 1894967 | 195006 | Trammell, Justin | 1242 | 1634789 | |
| Coalson, Shelby | 1077 | 1915249 | | Lai, Sarah | 1307 | 1815870 | | Utley, Barrett | 1123 | 1264594 | 124533 |
| Connard, Joe | 1030 | 160546 | 111590 | Lambert, Teresa | 1209 | 1402336 | | Utley, Kayla | 1199 | 1782616 | |
| Corwin, Chris | 1203 | 94486 | | Ledford, Justin | 1303 | 1810028 | | Wade, Leah | 1220 | 1614417 | |
| Cox, Trevor | 1210 | 1308905 | 130952 | Lee, Brian | 1184 | 1535710 | 149771 | Weatherly-Sinclair, Murray | 1131 | 1795404 | |
| Cozzolino, Jonathan | 1227 | 979264 | 114603 | Loggins, Camilla | 1145 | 1958395 | 219524 | Webber, Jeff | 1029 | 16262 | 110064 |
| Cradic, Andrew | 5703 | 1863692 | | Long, Lindsay | 1862 | 1915195 | 203846 | Williams, Joy | 1200 | 16307 | |
| Doolan, Ryan | 1394 | 64626 | 107591 | MacGuire, John | 2001 | 393419 | 113642 | Williams, Lisa | 1135 | 1209113 | |
| Dubnicka, Cynthia | 1221 | 1749407 | | Mackie, Carla | 1150 | 1305368 | | York, Lindsay | 1262 | 1895005 | |
| Dubose, Corey | 1127 | 1733817 | 155140 | McCollough, Mary Abigail (Abby) | 1625 | 2003725 | 220407 | Young, Tyler | 1272 | 1648541 | 138356 |

By signing below, you acknowledge that you have read and understood the details provided, and also consent to the Lender sharing its credit decision and other necessary personal financial information from this credit application with your retailer/realtor for the purpose of facilitating your sales transaction and other purposes. You also acknowledge that you have personally completed the information on the application and that the information is complete and accurate.

Please sign below and retain a copy for your records.

X _Lisa C_____ 03.03.21    X _____
Applicant Signature                (Date)     Co-Applicant Signature           (Date)

X _____     X _____
Co-Applicant Signature             (Date)     Co-Applicant Signature           (Date)

X _____     X _____
Print Dealership Name & Dealer #               Sales Person                    (Date)

**This form is a part of the 21st Mortgage credit application and must accompany the credit application and must be completed in order for the credit application to be accepted.** *Revised : 11-12-2020*

EXHIBIT B

Filed 8/16/2022 3:39 PM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Halley Lane, Clerk
41CV2201542





# IMPACT
COMMUNITIES

☰ **Credit Reporting**   | Use App! | ⚙

## Credit reporting is currently active.

You can opt out any time by clicking the "disable credit reporting" button on this page. Once opted out, payments will no longer be reported to credit agencies.

**Disable Credit Reporting**

Powered by Rent Manager © 2022

EXHIBIT C

Filed
8/16/2022 3:39 PM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Halley Lane, Clerk
41CV2201542

# credit karma

Based on Transunion data

## Credit changes

Current score **519**

**Jul 22**  ↓ **32 pts** to 519

We found **1 change** to your Transunion credit report.

**Accounts Removed**

| PAYLEASE, LLC. | Account Removed From Report | - |

Since this account is no longer on your credit report, its details won't be factored into your credit score. Accounts can sometimes be removed due to things like disputes and reporting errors.

PAYLEASE, LLC.

**Expecting a change that you don't see?** Transunion may not have updated your report yet.

EXHIBIT D

Filed
8/16/2022 3:39 PM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Halley Lane, Clerk
41CV2201542

# credit karma

## REAL ESTATE LOANS

**PAYLEASE, LLC.**
Reported: May 21, 2022

$0.00
In good standing

### Overview

You have **0%** left to pay on this real estate loan.

| | |
|---|---|
| Balance | Highest Balance |
| $0 | $906 |
| Monthly payment | $0 |
| Opened | Jan. 01, 2021 (1 yr, 6 mos) |
| Term | No Info |

### Payment History

You've made **100%** of payments for this account on time.

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | | | | | | | | |
| 2021 | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ● Unknown

| | |
|---|---|
| Last payment | Apr. 01, 2022 |
| Current Payment Status | Current |
| Worst Payment Status | Current |

Filed
8/16/2022 3:39 PM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Halley Lane, Clerk
41CV2201542

# credit karma

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 |   | ✓ | ✓ | ✓ |   |   |   |   |   |   |   |   |
| 2021 |   |   | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current   ✗ Late   ● Unknown

| | |
|---|---|
| Last payment | Apr. 01, 2022 |
| Current Payment Status | Current |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Open |
| Type | Rental agreement |
| Responsibility | Individual |
| Remarks | No Info |
| Times 30/60/90 days late | 0/0/0 |
| Closed | No Info |

## Creditor Information

PAYLEASE, LLC.
9330 SCRANTON ROAD #450
SAN DIEGO, CA 92121

(866) 729-5327

Filed
10/17/2022 11:38 AM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Deborah Campbell, Clerk
41CV2201542

## CASE NO. 41CV2201542

| | | |
|---|---|---|
| **LISA CHAMP,** § | | **IN THE JUSTICE COURT** |
| § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| **vs.** § | | **PRECINCT 4, PLACE 1** |
| § | | |
| **PAYLEASE, LLC A/K/A ZEGO, A** § | | |
| **GLOBAL PAYMENTS COMPANY,** § | | |
| § | | |
| **Defendant.** § | | **BELL COUNTY, TEXAS** |

### DEFENDANT PAYLEASE, LLC'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Defendant Paylease, LLC files the following answer to Plaintiff Lisa Champ's ("Plaintiff" or "Champ") Original Petition (the "Petition"), pursuant to Texas Rules of Civil Procedure 91 and 502.5(b).[1]

### GENERAL DENIAL

1. Without accepting the burden of proof for any issue on which Paylease is not responsible for as a matter of law, Paylease denies each and every, all and singular, the allegations in the Original Petition, and demands strict proof thereof in accordance with Texas Rules of Civil Procedure 502.5(b).

### OTHER DEFENSES

2. Without accepting the burden of proof for any issue on which Paylease is not responsible for as a matter of law, Paylease pleads the following affirmative and legal defenses:

---

[1] Out of an abundance of caution, and to the extent necessary, Paylease also invokes Texas Rules of Civil Procedure 54 and 94 as alternative bases to assert its general denial, specific denial, and other defenses. Paylease maintains, however, a general denial under Texas Rule of Civil Procedure 502.5(b), which controls in this case, suffices to allow Paylease to raise "any defense" in response to Plaintiff's claims. T EX. R. CIV. P. 502.5(b).

**DEFENDANT'S ANSWER**                                                                                                      Page **1** of **3**

Case 6:22-cv-01151-ADA-DTG   Document 1-4   Filed 11/02/22   Page 16 of 19

Filed
10/17/2022 11:38 AM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Deborah Campbell, Clerk
41CV2201542

3. Plaintiff's claims are barred, in whole or in part, because Plaintiff has failed to plead the necessary elements of a valid FCRA claim. For that reason, Plaintiff has failed to state a claim upon which relief can be granted as a matter of law.

4. Plaintiff's claims are barred, in whole or in part, by legal justification. To the extent Plaintiff suffered any damages as a result of the allegations in the Petition (which Paylease denies), Paylease acted in accordance with the FCRA's provisions, and is therefore not liable for any of Plaintiff's alleged damages.

5. Paylease has asserted these defenses in order to preserve its right to do so, give Plaintiff notice of Paylease's intention to assert these defenses, and avoid waiver. Paylease hereby reserves the right to add other defenses should they become applicable during discovery, further investigation, or any subsequent changes in the law or status of the parties.[2]

## PRAYER

WHEREFORE, Paylease respectfully requests that this Court, upon final hearing, render judgment that Plaintiff take nothing by this action, and Paylease recover its reasonable and necessary attorneys' fees and costs of Court, and other and further relief at law and in equity to which Paylease may be entitled.

---

[2] Paylease reserves such rights out of an abundance of caution. But, for the reasons articulated herein, Paylease maintains its general denial under Texas Rule of Civil Procedure 502.5(b) sufficiently reserves any and all defenses. *See supra* n. 1-2; TEX. R. CIV. P. 502.5(b).

**DEFENDANT'S ANSWER**                                                                 Page **2** of 3

Filed
10/17/2022 11:38 AM
Judge Gregory Johnson
Justice of the Peace 4-1
Bell County, Texas
Reviewed by: Deborah Campbell, Clerk
41CV2201542

Dated: October 17, 2022

Respectfully Submitted,

_____

**Matthew K. Hansen**
TX Bar No. 24065368
mkhansen@lockelord.com

**Tatianna J. Witter**
TX Bar No. 24127424
tatianna.witter@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

**ATTORNEYS FOR DEFENDANT PAYLEASE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties pursuant to the Texas Rules of Civil Procedure via *electronic filing, e-mail, facsimile, and/or certified mail, return receipt requested* on this 17th day of October 2022.

_____
Counsel for Defendant

**DEFENDANT'S ANSWER** Page **3** of **3**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tracey Tyler on behalf of Tatianna Witter
Bar No. 24127424
ttyler@lockelord.com
Envelope ID: 69276440
Status as of 10/18/2022 8:31 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Allen Robertson | | allen@jaffer.law | 10/17/2022 11:38:26 AM | SENT |
| Katlyn Hannah | | attorneys@jaffer.law | 10/17/2022 11:38:26 AM | SENT |
| Allen ERobertson | | allen@jaffer.law | 10/17/2022 11:38:26 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tracey Tyler on behalf of Tatianna Witter
Bar No. 24127424
ttyler@lockelord.com
Envelope ID: 69276440
Status as of 10/18/2022 8:31 AM CST
Associated Case Party: PAYLEASE, LLC A/K/A ZEGO A GLOBAL PAYMENTS COMPANY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew K.Hansen | | mkhansen@lockelord.com | 10/17/2022 11:38:26 AM | SENT |
| Tatianna Witter | | tatianna.witter@lockelord.com | 10/17/2022 11:38:26 AM | SENT |